UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                           :

HATTIE WORLEY,                          :

                   Plaintiff,        :             21-CV-8385 (JMF)

                               :

        -v-                        :            <u>ORDER</u>

                               :

SIMON MEYROWITZ & MEYROWITZ, P.C.,    :

                               :

               Defendant.      :

                               :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion for judgment on the pleadings, *see* ECF No. 43, Defendant's earlier motion for judgment on the pleadings filed at ECF No. 36 is hereby DENIED as moot.  Per the Court's June 9, 2022 Order, ECF No. 42, Plaintiff's opposition to the new motion for judgment on the pleadings is due by **July 19, 2022**, and Defendant's reply, if any, is due by **July 26, 2022**.

       The Clerk of Court is directed to terminate ECF No. 36.

       SO ORDERED.

Dated:  June 27, 2022
        New York, New York
                                      JESSE M. FURMAN
                               United States District Judge