UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
HATTIE WORLEY, :
:
:
Plaintiff, :
: 21-CV-8385 (JMF)
-v- :
: ORDER
:
SIMON MEYROWITZ & MEYROWITZ, P.C., :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Plaintiff's July 8, 2022 motion to compel is GRANTED. Defendants shall, no later than **July 28, 2022**, cure the deficiencies identified in the letter. Any further failures to comply will likely result in sanctions.

- If the parties believe there is a need for a protective order, the parties shall, no later than **July 21, 2022**, submit a joint proposed protective order or, if the parties are unable to reach agreement, separate proposed protective orders. If the parties submit separate proposed protective orders, they shall also file a redline identifying the differences between the two proposals.

All other dates and deadlines remain in effect. The Clerk of Court is directed to terminate ECF No. 48.

SO ORDERED.

Dated: July 19, 2022
New York, New York

_____
JESSE M. FURMAN
United States District Judge