UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
HATTIE WORLEY,                                                       :
:
Plaintiff,                                                           :
:                           21-CV-8385 (JMF)
-v-                                                                  :
:                              ORDER
SIMON MEYROWITZ & MEYROWITZ, P.C.,                                   :
:
Defendant.                                                           :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Discovery is closed, except that Plaintiff can depose nonparty NYCHA by October 7, 2022.

- The deadline for the parties to motion for summary judgment is adjourned *sine die*.

SO ORDERED.

Dated: September 21, 2022              _____
       New York, New York                      JESSE M. FURMAN
                                            United States District Judge